# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Valle, Alicia O. | U.S. District Court SDFL | 08/17/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

299 East Broward Boulevard
Fort Lauderdale, FL 33301

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Valle, Alicia O. | 08/17/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Beckman Coulter Inc. - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Valle, Alicia O. | 08/17/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Valle, Alicia O. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Accounts | A | Interest | M | T | | | | | |
| 2. BB&T Accounts | A | Interest | M | T | | | | | |
| 3. Beckman Coulter Credit Union Accounts | A | Interest | L | T | | | | | |
| 4. Chase Bank Accounts | A | Interest | K | T | | | | | |
| 5. CitiBank Accounts | A | Interest | K | T | | | | | |
| 6. Fidelity Emerging Asia Fund (#1) | A | Int./Div. | J | T | | | | | |
| 7. Fidelity Select Biotechnology | D | Distribution | L | T | Buy (add'l) | 03/05/14 | K | | |
| 8. Matthews India Fund | A | Distribution | J | T | | | | | |
| 9. Fidelity Cash Reserves (#1) | | None | J | T | Sold (part) | 02/24/14 | J | | |
| 10. Fidelity Contra Fund | A | Int./Div. | J | T | | | | | |
| 11. Fidelity Cash Reserves (#2) | | None | J | T | Sold (part) | 03/05/14 | K | | |
| 12. Fidelity Cash Reserves (#3) | | None | J | T | Sold (part) | 03/05/14 | K | | |
| 13. Fidelity Emerging Asia Fund (#2) | A | Int./Div. | J | T | | | | | |
| 14. Spartan 500 Index #1 | A | Int./Div. | J | T | | | | | |
| 15. Fidelity Select Natural Resources | A | Int./Div. | K | T | | | | | |
| 16. Fidelity Select Energy Service | A | Int./Div. | J | T | | | | | |
| 17. Spartan 500 Index #2 | A | Int./Div. | L | T | Buy | 03/05/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T. Rowe Price Emerging Markets Stock | A | Int./Div. | K | T | | | | | |
| 19. Fidelity Select Medical Equipment | A | Distribution | J | T | Buy | 02/24/14 | J | | |
| 20. T. Rowe Price New Asia | B | Dividend | L | T | Sold (part) | 02/21/14 | L | | |
| 21. T. Rowe Price Retirement 2025 | A | Dividend | K | T | Buy (add'l) | 10/07/14 | J | | |
| 22. T. Rowe Price Summit Cash Reserves | A | Interest | L | T | Buy (add'l) | 02/21/14 | M | | |
| 23. | | | | | Sold (part) | 10/07/14 | J | | |
| 24. Vanguard Precious Metals and Mining Fund | A | Distribution | J | T | | | | | |
| 25. Vanguard 500 Index Fund | A | Int./Div. | J | T | | | | | |
| 26. Vanguard Prime Money Market | A | Interest | J | T | | | | | |
| 27. Rental property--Miami, Florida (2011 $190,000) | E | Rent | M | R | | | | | |
| 28. Fidelity Select Health Care | A | Distribution | J | T | Buy | 02/24/14 | J | | |
| 29. Fidelity Spartan 500 #3 | A | Int./Div. | L | T | Open | 01/01/14 | L | | |
| 30. | | | | | Buy (add'l) | 01/31/14 | J | | |
| 31. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 32. | | | | | Buy (add'l) | 03/28/14 | J | | |
| 33. | | | | | Buy (add'l) | 04/25/14 | J | | |
| 34. | | | | | Buy (add'l) | 05/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Valle, Alicia O. | 08/17/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 06/27/14 | J | | |
| 36. | | | | | Buy (add'l) | 07/25/14 | J | | |
| 37. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 38. | | | | | Buy (add'l) | 09/26/14 | J | | |
| 39. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 40. | | | | | Buy (add'l) | 11/28/14 | J | | |
| 41. | | | | | Buy (add'l) | 12/26/14 | J | | |
| 42. T. Rowe Price Emerging Europe | A | Distribution | | | Sold | 10/06/14 | J | A | |
| 43. T. Rowe Price Latin America | A | Distribution | | | Sold (part) | 02/21/14 | K | C | |
| 44. | | | | | Sold | 10/07/14 | J | | |
| 45. Fidelity Select Medical Delivery | A | Distribution | J | T | Buy | 02/24/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Valle, Alicia O. | 08/17/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Investments and Trusts - Revised and Corrected this section as follows:

1. Added more details to transactions.

2. Removed "T.Rowe Price Financial Services", "T.Rowe Price Real Estate", and "T.Rowe Price Health Services" from the list, because these assets were actually acquired in 2015 and will be reported in next year's Financial Disclosure.

3. Added new asset "Fidelity Select Medical Delivery" that had been inadvertently omitted from the original submission.

4. Revised and corrected Asset values on multiple accounts.

5. Added the "T.Rowe Price Emerging Europe" and the "T.Rowe Price Latin America" funds to document that these funds had been sold.

| Name of Person Reporting | Date of Report |
|---|---|
| Valle, Alicia O. | 08/17/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alicia O. Valle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544